UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62111-DIMITROULEAS/AUGUSTIN-BIRCH

INDICA DAWN DUNSEITH,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_____________________________________/

**ORDER APPROVING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Panayotta Augustin-Birch (the "Report") [DE 18], filed herein on July 31, 2026, Plaintiff's Motion for Summary Judgment [DE 15], filed March 23, 2026, and Defendant's Motion for Summary Judgment [DE 16], filed April 22, 2026, The Court has conducted a *de novo* review of the Report [DE 18] and has carefully considered Plaintiff's Objection to the Magistrate Judge's Report and Recommendation [DE 19].[1] The Court is otherwise fully advised in the premises.

## I. BACKGROUND

On February 16, 2022, Plaintiff applied for supplemental security income ("SSI"), alleging a disability onset date of June 30, 2019. [DE 12-5] at 2–7.1 Defendant denied Plaintiff's application initially, [DE 12-4] at 8–9, and after reconsideration. *Id.* at 14–15. Thereafter, Plaintiff requested a hearing before an ALJ, and an ALJ held a hearing on June 17, 2024. [DE 12-2] at 33–55. After the hearing, the ALJ issued an unfavorable decision, finding that Plaintiff was not disabled. *Id.* at 15–28. Plaintiff appealed the ALJ's decision to Defendant's Appeals Council, and the Appeals Council denied Plaintiff's appeal. *Id.* at 2–4. Following the denial of

---

1 The Court notes that no timely response to Plaintiff's Objection has been filed.

her appeal, Plaintiff initiated this litigation to seek judicial review of the ALJ's decision, [DE 1], and filed a Motion for Summary Judgment. [DE 15]. In response, Defendant filed a Motion for Summary Judgment, [DE 16], and Plaintiff filed a consolidated response and reply. [DE 17].

## II. STANDARD OF REVIEW

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; *see also* 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1). Accordingly, the Court has undertaken a *de novo* review of the record and the Plaintiff's objections.

## III. DISCUSSION

Plaintiff objects to the Magistrate Judge's findings that the ALJ did not err in evaluating the opinion of Nurse Practitioner Gravil Joseph and the Magistrate Judge's findings the ALJ properly evaluated the supportability and consistency factors.

In her Report, Magistrate Judge Augustin-Birch carefully and thoroughly explained the reasons that the ALJ afforded little weight to Mr. Joseph's opinions. Upon review of the record,

the Court finds that the ALJ and the Magistrate Judge properly evaluated Mr. Joseph's opinions, and the Court agrees with the reasoning, conclusions, and recommendations of the Magistrate Judge. A court should affirm an ALJ's decision "if the decision was supported by substantial evidence . . . defined as such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Shinn ex rel. Shinn v. Comm'r of Soc. Sec.*, 391 F.3d 1276, 1281 (11th Cir. 2004) (internal quotations and citations omitted). The Court agrees with Magistrate Judge Augustin-Birch that substantial evidence is present to support the ALJ's conclusions.

## IV. CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 18] is hereby **APPROVED**;
2. Plaintiff's Objection [DE 19] is hereby **OVERRULED**;
3. Plaintiff's Motion for Summary Judgment [DE 15] is hereby **DENIED**;
4. Defendant's Motion for Summary Judgment [DE 16] is hereby **GRANTED**;
5. The ALJ's decision is **AFFIRMED**; and
6. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Augustin-Birch
Counsel of record